AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 04, 2021**

SEAN F. McAVOY, CLERK

ZACHARY STEVEN SKONE,,

)
)
*Plaintiff*                              )
v.                                       )     Civil Action No.   4:20-CV-5236-RMP
                                         )
DAVID ESTUDILLO, AARON HINTZ, GARTH      )
DANO, and CHAD JENKS,                    )

*Defendants*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❒  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   Plaintiff's construed Motion to Voluntarily Dismiss Complaint is GRANTED. The Complaint, ECF No. 1, is
DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

❒  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❒  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge    Rosanna Malouf Peterson

Date:   2/4/2021

*CLERK OF COURT*

SEAN F. McAVOY

s/ Courtney Piazza

*(By) Deputy Clerk*